**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
Melody A. Hawkins #215916

Attorneys for:   Defendant Kellogg, Brown & Root, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN UNITED CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>E.I.U., INC. a.k.a. ELECTRICAL & INSTRUMENTATION UNLIMITED OF CALIFORNIA, Inc. a.k.a. E.I.U. OF CALIFORNIA, INC. a.k.a. E.I.I. and KELLOG, BROWN & ROOT, INC.<br><br>Defendants. | Case No.  1:07-CV-01892-AWI-SMS<br><br>**STIPULATION AND  ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Old Date:     April 29, 2008<br>NEW DATE: June 25, 2008<br>NEW Time:  9:15 a.m.<br>Crtrm:   7<br><br>Judge:   Sandra M. Snyder<br>              U.S. Magistrate Judge |

Plaintiff, American United Center ("AUC"); Defendant, E.I.U., Inc. a.k.a. Electrical & Instrumentation Unlimited Of California, Inc. a.k.a. E.I.U. Of California, Inc. a.k.a. E.I.U. ("E.I.U."); and Defendant Kellog, Brown & Root, Inc. ("KBR"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. Pursuant to the Court's Order dated December 28, 2007, the Court set its Mandatory Scheduling Conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure for March 19, 2008 at 9:00 a.m. in Courtroom 7 before Magistrate Judge Sandra M. Snyder.

///

///

{8110/268/00220797.DOC}  1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

2. The Court subsequently continued the Scheduling Conference from March 19, 2008 to April 29, 2008.

3. On February 28, 2008, AUC filed its First Amended Complaint in this action.

4. AUC served the First Amended Complaint on KBR by mail on or about March 18, 2008.

5. On April 7, 2008, KBR filed its Motion to Dismiss Third and Fifth Claims for Relief in the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion to Dismiss"), which is scheduled to be heard on May 5, 2008.

6. The parties desire to continue the Mandatory Scheduling Conference until after the case is at issue, and the Court has had an opportunity to consider KBR's Motion to Dismiss.

7. The parties therefore respectfully request that the court continue the Mandatory Scheduling Conference until June 25, 2008, or on a date and time convenient to the Court.

Dated: April 8, 2008, 2008             LAW OFFICES OF EDMOND E. SALEM

                                       By /s/  Edmond E. Salem
                                          Edmond E. Salem
                                          Attorneys for Plaintiff
                                          American United Center


Dated: April 7, 2008                   THOMAS ANTON & ASSOCIATES

                                       By /s/  Gabriel A. Godinez
                                          Gabriel A. Godinez
                                          Attorneys for Defendant
                                          E.I.U., Inc. a.k.a. Electrical & Instrumentation
                                          Unlimited of California, Inc. a.k.a. E.I.U. of
                                          California, Inc. a.k.a. E.I.I.

***Additional signatures and Order is on page 3***

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: April 8, 2008 | SAGASER, JONES & HELSLEY |
| | By /s/ John P. Kinsey |
| | John P. Kinsey |
| | Attorneys for Defendant |
| | Kellogg, Brown & Root |

### ORDER

The court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference shall be continued from April 29, 2008 at 9:15 a.m. to June 25, 2008 at 9:15 a.m.

Dated: 4/14/2008                                /s/ Sandra M. Snyder
                                                            Honorable Sandra M. Snyder
                                                            Magistrate Judge

{8110/268/00220797.DOC}                     3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com