1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN UNITED CENTER,<br><br>       **Plaintiff**,<br><br>       v.<br><br>E.I.U., INC. aka ELECTRICAL &<br>INSTRUMENTATION UNLIMITED OF<br>CALIFORNIA, INC. aka E.I.U. OF<br>CALIFORNIA, INC. aka E.I.I and<br>KELLOGG, BROWN & ROOT, INC.,<br><br>       **Defendants**. | CIV-F-07-1892 AWI SMS<br><br>**ORDER RE: PLAINTIFF'S NOTICE<br>OF VOLUNTARY DISMISSAL** |

On May 6, 2008, Plaintiff filed a stipulation and proposed order dismissing Defendant Kellogg , Brown & Root with prejudice. Doc. 23.  The court construes this as a notice of dismissal made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

The Ninth Circuit has explained:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment.  The dismissal is effective on filing and no court order is required. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Such a dismissal leaves the parties as though no action had been brought.

1

1  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), citations omitted.

2      Defendant Kellogg, Brown & Root has filed a motion to dismiss (Doc. 20) but no answer

3  or summary judgment motion.  Though Plaintiff has termed this a stipulation, the court construes

4  the filing as a notice of dismissal under Fed. R. Civ. Proc. 41(a)(1)(i).  Plaintiff's dismissal with

5  prejudice takes effect without need of court approval or court order.

6      Therefore, IT IS HEREBY ORDERED that Defendant's pending motion to dismiss is

7  DENIED as moot.

8

9  IT IS SO ORDERED.

10 **Dated:    May 6, 2008**                    _____**/s/ Anthony W. Ishii**_____
                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28