**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED AMERICAN CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>E.I.U., INC. a.k.a. ELECTRICAL &<br>INSTRUMENTATION UNLIMITED OF<br>CALIFORNIA, INC. a.k.a. E.I.U. OF<br>CALIFORNIA, INC. a.k.a. E.I.I., and<br>KELLOG, BROWN & ROOT. INC.<br><br>        **Defendant**s. | CV F 07-1892   AWI SMS<br><br>**ORDER GRANTING**<br>**STIPULATED REQUEST FOR**<br>**DISMISSAL OF DEFENDANT**<br>**KELLOG, BROWN & ROOT**<br><br><br><br>**Document # 37** |

On May 6, 2008, the parties submitted a request for the stipulated dismissal of defendant Kellog, Brown & Root, Inc. only, such dismissal to be with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based on the representations of the parties as set forth in the stipulation, and good cause appearing, the court hereby grants the parities' stipulated request to dismiss this action as to defendant Kellog, Brown & Root, Inc.

THEREFORE, it is hereby ORDERED that:

1. Defendant Kellog, Brown & Root, Inc. is hereby DISMISSED from the above-captioned matter with prejudice; and

2. Each party shall bear their own costs and fees for the above-captioned matter.

IT IS SO ORDERED.

Dated:   May 7, 2008                                      /s/ Anthony W. Ishii
                                                                                               UNITED STATES DISTRICT JUDGE