Edmond E. Salem (SBN 228274)
Angela N Martin (SBN 238426
LAW OFFICES OF EDMOND E. SALEM
2001 Wilshire Blvd., Suite 305
Santa Monica, CA 90403
Tel:  (310) 828-7882
Fax: (310) 828-7434

Attorneys for Plaintiff,
American United Center

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AMERICAN UNITED CENTER<br><br>Plaintiff,<br><br>v.<br><br>E.I.U., INC. a.k.a. ELECTRICAL & INSTRUMENTATION UNLIMITED OF CALIFORNIA, Inc. a.k.a E.I.U. OF CALIFORNIA, INC. a.k.a. E.I.I. and KELLOG, BROWN & ROOT, INC.<br><br>Defendants. | CASE NO. 1:07-CV-01892-AWI-SMS<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER**<br><br>Judge:  Honorable Sandra M. Snyder<br><br>TRIAL DATE: November 11, 2009 |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**WHEREAS,** Plaintiff AMERICAN UNITED CENTER (hereinafter "AUC") filed the

above-captioned litigation against Defendants E.I.U., INC. a.k.a. ELECTRICAL &

INSTRUMENTATION UNLIMITED OF CALIFORNIA, Inc. a.k.a E.I.U. OF CALIFORNIA,

INC. a.k.a. E.I.I. (hereinafter "EIU") and KELLOG, BROWN & ROOT , INC., by filing a Complaint on December 28, 2007;

**WHEREAS**, Plaintiff AUC and Defendant KELLOG, BROWN & ROOT, INC. stipulated to dismiss Defendant KELLOG, BROWN & ROOT, INC. on May 5, 2008;

**WHEREAS** Plaintiff AUC and Defendant EIU have agreed by and through their attorneys of record to settle all claims of AUC for a sum total of $75,000.00 which was received by the Law Offices of Edmond E. Salem on behalf of AUC on July 28, 2009;

**IT IS HEREBY STIPULTATED**, by and between the parties hereto through their respective attorneys of record that the above-entitled action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 41 (a) (1).

Dated: July 30, 2009   LAW OFFICES OF EDMOND E. SALEM

By   /s/ Angela Martin
Edmond E. Salem, Esq.
Angela N. Martin, Esq.
Attorneys for Plaintiff, A.U.C.

Dated: July 30, 2009   THOMAS ANTON & ASSOCIATES

By   /s/   Stephen Wainer
Thomas Anton, Esq.
Stephen P Wainer, Esq.
Attorneys for Defendant, EIU

**ORDER**

Based on the Stipulation of the Parties, and good cause appearing, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 41 (a) (1).

IT IS SO ORDERED.

**Dated:   July 31, 2009**                                       **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE